| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) McNamara, A. J. | 2. Court or Organization United States District Court | 3. Date of Report 4/9/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge, Senior | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address 500 Poydras Street, Room C107A New Orleans, LA 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Christopher Homes-Low Income Housing for elderly, meetings four times per year--uncompensated |
| 2. Adminstrator | Succession Number One--uncompensated |
| 3. Administrator | Succession Number Two--uncompensated |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

McNamara_A_J 1

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University School of Law; Law and Economics Center | September 18-21, 2008 | La Jolla, CA | Educational Seminar | Food, lodging and travel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, A. J. | 4/9/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, A. J. | 4/9/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PREVIOUSLY DELETED | | | | | | | | | |
| 2. DELETED-See Report Filed May 2007 | | | | | | | | | |
| 3. .005 Int. Woodstock Plantation, Baton Rouge, LA | C | Dividend | K | W | | | | | |
| 4. DELETED -See Report Filed May 2007 | | | | | | | | | |
| 5. DELETED - See Report Filed April 1997 | | | | | | | | | |
| 6. DELETED-- See Report Filed April 2005 | | | | | | | | | |
| 7. DELETED-- See Report Filed April 2005 | | | | | | | | | |
| 8. PREVIOUSLY DELETED | | | | | | | | | |
| 9. DELETED- See Report Filed May 2007 | | | | | | | | | |
| 10. PREVIOUSLY DELETED | | | | | | | | | |
| 11. PREVIOUSLY DELETED | | | | | | | | | |
| 12. PREVIOUSLY DELETED | | | | | | | | | |
| 13. PREVIOUSLY DELETED | | | | | | | | | |
| 14. PREVIOUSLY DELETED | | | | | | | | | |
| 15. PREVIOUSLY DELETED | | | | | | | | | |
| 16. Royalty Int. for Oil & Gas located in Thibodaux, LA by NEG | A | Royalty Int. | J | W | | | | | |
| 17. PREVIOUSLY DELETED | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, A. J. | 4/9/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   PREVIOUSLY DELETED | | | | | | | | | |
| 19.   1/8 Int. in house & adjoining Lots, Mandeville, LA (X) | | None | K | W | | | | | |
| 20.   Shares of Lord Abbett Affiliate Fund A (X) | | None | J | T | | | | | |
| 21.   Shares of Fidelity Puritan Mutual Fund (X) | | None | K | T | | | | | |
| 22.   Cleco Common Stock (X) | | None | K | T | | | | | |
| 23.   Common Stock AT&T (X) | | None | J | T | | | | | |
| 24.   Common Stock Lucent Technologies, Inc. (X) | | None | J | T | | | | | |
| 25.   Common Stock NCR (X) | | None | J | T | | | | | |
| 26.   Shares Neuberger Berman Guardian Mtl Fund (X) | | None | J | T | | | | | |
| 27.   Shares Oppenheimer Municipal Bond Fund (X) | | None | J | T | | | | | |
| 28.   Common Stock AIG Insurance Co (X) | | None | M | T | | | | | |
| 29.   Common Stock American Realty Trust Co. (X) | | None | J | T | | | | | |
| 30.   Common Stock BellSouth (X) | | None | J | T | | | | | |
| 31.   Shares of Evergreen Income & Growth Fund (X) | | None | J | T | | | | | |
| 32.   Shares of Fidelity Equity Income Fund (X) | | None | J | T | | | | | |
| 33.   Shares of Fidelity OTC (X) | | None | J | T | | | | | |
| 34.   Common Stock Ford Motor Company (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, A. J. | 4/9/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Common Stock ITT Industries, Inc. (X) | | None | J | T | | | | | |
| 36. Shares of Ivy Growth Fund (X) | | None | J | T | | | | | |
| 37. Common Stock Kaufman & Broad Home Corp. (X) | | None | J | T | | | | | |
| 38. Common Stock Lance, Inc. (X) | | None | J | T | | | | | |
| 39. Common Stock Metromedia International Group (X) | | None | J | T | | | | | |
| 40. Shares Monetta Fund (X) | | None | J | T | | | | | |
| 41. Common Stock Nabor Industries, Inc. (X) | | None | J | T | | | | | |
| 42. Common Stock NCR (X) | | None | J | T | | | | | |
| 43. Shares of Neuberger Berman Manhattan Fund (X) | | None | J | T | | | | | |
| 44. Shares of Nicholas Fund, Inc. (X) | | None | J | T | | | | | |
| 45. Common Stock of Occidental Petroleum, Inc. (X) | | None | J | T | | | | | |
| 46. Common Stock Phillip Morris, Inc. (X) | | None | J | T | | | | | |
| 47. Common Stock Citi Group, Inc. (X) | | None | J | T | | | | | |
| 48. Shares of Hartford Financial Services Group (X) | | None | J | T | | | | | |
| 49. Common Stock The Timeken Co. (X) | | None | J | T | | | | | |
| 50. Common Stock Triton Group, Ltd. (X) | | None | J | T | | | | | |
| 51. Shares of Vanguard Federal Money Market Fund (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, A. J. | - 4/9/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Shares of Vanguard Wellesley Fund (X) | | None | J | T | | | | | |
| 53. Shares of Vanguard Windsor Fund (X) | | None | J | T | | | | | |
| 54. Common Stock of Starwood Hotels (X) | | None | J | T | | | | | |
| 55. Common Stock of Visteon Corp. (X) | | None | J | T | | | | | |
| 56. Mineral Lease Pymt by Yuma Petro Co for hydrocarbon lease on | A | Rent | J | W | | | | | |
| 57. DELETED | | | | | | | | | |
| 58. Villere Balanced Fund | B | Int./Div. | K | T | | | | | |
| 59. Villere Balanced Fund | A | | | | Sold | 5/15 | K | A | Public Sale |
| 60. Vanguard Wellington Fund | A | Int./Div. | K | T | | | | | |
| 61. Vanguard Wellesley Fund | A | Int./Div. | K | T | | | | | |
| 62. Vanguard Tax-Exempt Fund | A | Int./Div. | L | T | | | | | |
| 63. Loomis Sayles Strategic Income Fund Class A | B | Int./Div. | L | T | Buy | 02/07 | L | | |
| 64. Loomis Sayles Strategic Income Fund Class A | A | | | | Sold | 7/24 | L | A | Public Sale |
| 65. Blackrock Equity Dividend Cl A | B | Int./Div. | K | T | Buy | 02/07 | K | | |
| 66. Blackrock Equity Dividend Cl A | A | | | | Sold | 7/24 | K | A | Public Sale |
| 67. FBR Focus Fund | A | Int./Div. | J | T | Buy | 02/07 | J | | |
| 68. FBR Focus Fund | A | | | | Sold | 6/5 | J | A | Public Sale |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,901 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, A. J. | 4/9/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Large Cap Growth Equity Portfolio | B | Int./Div. | K | T | Buy | 02/07 | K | | |
| 70. Large Cap Growth Equity Portfolio | A | | | | Sold | 7/24 | K | A | Public Sale |
| 71. Selected American Shares Class S | B | Int./Div. | K | T | Buy | 02/07 | K | | |
| 72. Selected American Shares Class S | A | | | | Sold | 7/24 | K | A | Public Sale |
| 73. T Rowe Price Cap Appr Adv | A | Int./Div. | J | T | Buy | 02/07 | J | | |
| 74. T Rowe Price Cap Appr Adv | A | | | | Sold | 7/24 | J | A | Public Sale |
| 75. Third Avenue Value Fund | B | Int./Div. | K | T | Buy | 02/07 | K | | |
| 76. Third Avenue Value Fund | | | | | Sold | 6/10 | K | A | Public Sale |
| 77. Thornburg Intl Value Fund Class A | B | Int./Div. | K | T | Buy | 02/07 | K | | |
| 78. Thornburg Intl Value Fund Class A | A | | | | Sold | 10/6 | K | A | Public Sale |
| 79. Succession Number One-Land Parcel #1 Belize (X) | | | K | Q | | | | | |
| 80. Succession Number One-Land Parcel #2 Belize(X) | | | J | Q | | | | | |
| 81. Succession Number One-Land Parcel #3 Belize (X) | | | K | Q | | | | | |
| 82. Succession Number One-Account The Belize Bank (X)* | | | K | T | | | | | * |
| 83. Succession Number One- Account 1st Carribean Intl Bank (X)* | | | M | T | | | | | |
| 84. Calvert Inco (CFICX) | A | Int./Div. | J | T | Buy | 3/13 | | | |
| 85. Croft Leomin (CLVFX) | A | Int./Div. | J | T | Buy | 3/13 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Hartford SMA (IHSAX) | A | Int./Div. | J | T | Buy | 3/13 | | | |
| 87. Oppenheimer (OPSIX) | A | Int./Div. | J | T | Buy | 3/13 | | | |
| 88. Pioneer Cull (CVFCX) | A | Int./Div. | J | T | Buy | 3/13 | | | |
| 89. Hartford Cap (ITHAX) | A | Int./Div. | J | T | Buy | 7/24 | | | |
| 90. Henderson IN (HFOAX) | A | Int./Div. | J | T | Buy | 3/12 | | | |
| 91. Loomis Sayle (LSBRX) | A | Int./Div. | K | T | Buy | 7/24 | | | |
| 92. Oppenheimer (OIBAX) | A | Int./Div. | J | T | Buy | 4/17 | | | |
| 93. Royce Low PR (RYLPX) | A | Int./Div. | J | T | Buy | 6/10 | | | |
| 94. Whitney National Bank (Y) | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, A. J. | 4/9/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

*Nos. 82 and 83 are to be deleted. I am an uncompensated Administrator of an estate and the funds described were distributed to the legatee on March 4, 2008.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Chambers of
A. J. McNamara
District Judge

June 22, 2009

Judge Bobby R. Baldock, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Baldock,

     In response to your letter of June 11, 2009, I submit the following additions to my Financial Disclosure Report dated April 9, 2009.

     In Part VII, Page 8, Lines 69 and 70, in Column A, add the word "Rainier".

     In Part VII, Lines 19 - 55 should be deleted because these assets were all inherited by ▮▮▮ ▮▮▮ and on re-reading the instructions on page 52 I now see that you're not required to report: —"inheritances received by the filer ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

     In Part VII, Lines 79, 80 and 81, in Column A, add "appraisal date 9-14-07". In Column B add the word "none".

     On Part VII, Page 8, Line 84, in Column D (3), add a "K".

     In Part VII, Page 8, Line 85, in Column D (3), add a "J".

     In Part VII, Page 9, Line 86, 87, 88, 89, and 90 in Column D (3), add "J".

     In Part VII, Page 9, Line 91, in Column D (3), add "L".

     In Part VII, Page 9, Line 92, 93 in Column D (3), add "J".

     I trust that information contained in this letter will now enable you to close the 2008 report.

     Thanks for bringing these matters to my attention.

McNamara_A_J 2

Sincerely

AJM: rsg

P. S.  If any additional information is needed please contact me.